# United States District Court for the Northern District of Ohio

Alycia A. Taylor

**Plaintiff,**

vs.

University Hospitals of Cleveland, et al.,

CASE NO. 1:20 CV 2455

Judge PAMELA A. BARKER

**Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that ALYCIA A. TAYLOR,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Court's Memorandum of Opinion and Order, action dismissed for lack of subject matter jurisdiction
(the final judgment) (from an order (describing it))

entered in this action on the 19 th day of February, 2021.

(s) Alycia A. Taylor

Address: 240 Eaton Ridge #103, Sagamore Hills, OH 44067

Phone #: (216) 630-2653 , (216) 632-6076

Attorney for PRO SE Litigant, Alycia A. Taylor

6CA-3